```
JASON S. TAKENOUCHI (SBN 234835)
KASOWITZ BENSON TORRES LLP
101 California Street, Suite 3000
San Francisco, California  94111
Telephone:    (415) 421-6140
Facsimile:    (415) 398-5030
jtakenouchi@kasowitz.com

PAUL M. O'CONNOR III (pro hac vice application to be submitted)
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York  10019
Telephone:    (212) 506-1700
Facsimile:    (212) 506-1800
poconnor@kasowitz.com

Attorneys for Plaintiff
CARL HARRIS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL HARRIS, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>SPIRE GLOBAL, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>            Defendant. | Case No. 4:21-cv-04502-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PAUL M. O'CONNOR, III *PRO HAC VICE; ORDER***<br><br>(CIVIL LOCAL RULE 11-3) |

      I, Paul M. O'Connorr, III, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing plaintiff Carl Harris in the above-entitled action.  My local co-counsel in this case is Jason S. Takenouchi, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 1633 Broadway<br>New York, New York  10019 | 101 California Street, Suite 3000<br>San Francisco, California  94111 |

| My Telephone # of Record: | Local C-Counsel's Telephone # of Record: |
|---|---|
| (212) 506-1700 | (415) 421-6140 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| poconnor@kasowitz.com | jtakenouchi@kasowitz.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2188977.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  September 20, 2021          /s/ Paul M. O'Connor, III
                                    Paul M. O'Connor, III

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
PAUL M. O'CONNOR, III PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Paul M. O'Connor, III is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac vice*.  Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  9/21/2021          _____
                           UNITED STATES DISTRICT JUDGE



## Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

### Paul M. O'Connor, III

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **February 29, 1988**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on September 1, 2021.

*Susanna M. Rojas*
Clerk of the Court

CertID-00030242



# Supreme Court of the State of New York
## Appellate Division, First Department

ROLANDO T. ACOSTA
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

*Susanna Rojas*
Susanna Rojas
Clerk of the Court

Revised October 2020