[Counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL HARRIS, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SPIRE GLOBAL, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>　　　　　Defendant. | Case No. 4:21-cv-04502-HSG<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |

　　　　Plaintiff Carl Harris and defendant Spire Global, Inc. hereby request that the Court dismiss the complaint with prejudice, pursuant to a settlement between the parties. With this dismissal, the proceeding will be concluded as to all parties and claims.

1 | IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2

3 | Dated: March 4, 2022      KASOWITZ BENSON TORRES LLP

4

5 | By: */s/ Jason S. Takenouchi*
        Jason S. Takenouchi

6 | JASON S. TAKENOUCHI (SBN 234835)
7 | KASOWITZ BENSON TORRES LLP
    101 California Street, Suite 3000
    San Francisco, California 94111
8 | Telephone:    (415) 421-6140
    Facsimile:    (415) 398-5030
9 | jtakenouchi@kasowitz.com

10 | PAUL M. O'CONNOR III
    (*pro hac vice* application to be submitted)
11 | KASOWITZ BENSON TORRES LLP
    1633 Broadway
12 | New York, New York 10019
    Telephone:    (212) 506-1700
13 | Facsimile:    (212) 506-1800
    poconnor@kasowitz.com
14

15 | Attorneys for Plaintiff
    CARL HARRIS

16

17 | Dated: March 4, 2022      WILSON SONSINI GOODRICH & ROSATI

18

19 | By: */s/ Dale R. Bish*
        Dale R. Bish

20

21 | IGNACIO E. SALCEDA (SBN 164017)
    DALE R. BISH (SBN 235390)
22 | QUINCY RUSH (SBN 334353)
    WILSON SONSINI GOODRICH & ROSATI
23 | 650 Page Mill Road
    Palo Alto, CA 94304-1050
24 | Telephone:    (650) 493-9300
    Facsimile:    (650) 493-6811
25 | isalceda@wsgr.com
    dbish@wsgr.com
26 | qrush@wsgr.com

27 | Attorneys for Defendant
    SPIRE GLOBAL, INC.

28

KASOWITZ BENSON
TORRES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -     CASE NO. 4:21-CV-04502-HSG
JOINT STIPULATION OF DISMISSAL

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  DATED: 3/7/2022

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam
United States District Judge