1 [Counsel listed on signature page]
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

13
14  CARL HARRIS, an individual,                  Case No. 4:21-cv-04502-HSG
15              Plaintiff,                       **JOINT STIPULATION FOR
                                                 DISMISSAL WITH PREJUDICE;
16       v.                                      ORDER**
17  SPIRE GLOBAL, INC., a Delaware
    corporation; and DOES 1-50, inclusive,
18
                Defendant.
19
20
21       Plaintiff Carl Harris and defendant Spire Global, Inc. hereby request that the Court
22  dismiss the complaint with prejudice, pursuant to a settlement between the parties.  With this
23  dismissal, the proceeding will be concluded as to all parties and claims.
24
25
26
27
28

KASOWITZ BENSON
TORRES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 4:21-CV-04502-HSG
JOINT STIPULATION OF DISMISSAL

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2

3  Dated:  March 4, 2022                    KASOWITZ BENSON TORRES LLP

4

5                                            By:  */s/ Jason S. Takenouchi*
                                                   Jason S. Takenouchi

6                                            JASON S. TAKENOUCHI (SBN 234835)
                                              KASOWITZ BENSON TORRES LLP
7                                            101 California Street, Suite 3000
                                              San Francisco, California  94111
8                                            Telephone:     (415) 421-6140
                                              Facsimile:      (415) 398-5030
9                                            jtakenouchi@kasowitz.com

10                                           PAUL M. O'CONNOR III
                                              (*pro hac vice* application to be submitted)
11                                           KASOWITZ BENSON TORRES LLP
                                              1633 Broadway
12                                           New York, New York  10019
                                              Telephone:     (212) 506-1700
13                                           Facsimile:      (212) 506-1800
                                              poconnor@kasowitz.com
14
                                              Attorneys for Plaintiff
15                                           CARL HARRIS

16

17  Dated:  March 4, 2022                    WILSON SONSINI GOODRICH & ROSATI

18

19                                           By:  */s/ Dale R. Bish*
                                                   Dale R. Bish

20

21                                           IGNACIO E. SALCEDA (SBN 164017)
                                              DALE R. BISH (SBN 235390)
22                                           QUINCY RUSH (SBN 334353)
                                              WILSON SONSINI GOODRICH & ROSATI
23                                           650 Page Mill Road
                                              Palo Alto, CA 94304-1050
24                                           Telephone:     (650) 493-9300
                                              Facsimile:      (650) 493-6811
25                                           isalceda@wsgr.com
                                              dbish@wsgr.com
26                                           qrush@wsgr.com

27                                           Attorneys for Defendant
                                              SPIRE GLOBAL, INC.
28

KASOWITZ BENSON
TORRES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -                    CASE NO. 4:21-CV-04502-HSG
JOINT STIPULATION OF DISMISSAL

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  DATED: 3/7/2022

                                            Hon. Haywood S. Gilliam, Jr.
                                            United States District Judge